# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLEGRA HOLDINGS, LLC, ALLEGRA NETWORK, LLC, ,**

        **Plaintiffs,**

**-vs-**                                   **Case No.  6:06-cv-1483-Orl-28DAB**

**DAVID R. NELSON, CHERYL NELSON,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR RECONSIDERATION OF ORDER DENYING ENLARGEMENT OF TIME TO SERVE PROCESS (Doc. No. 26)**
>
> **FILED:** February 1, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. The deadline to serve Cheryl Nelson is extended for 60 days until March 26, 2007.

   **DONE** and **ORDERED** in Orlando, Florida on February 6, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties