# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLEGRA HOLDINGS, LLC, ALLEGRA NETWORK, LLC, ,**

        **Plaintiffs,**

-vs-                                             **Case No. 6:06-cv-1483-Orl-28DAB**

**DAVID R. NELSON, CHERYL NELSON,**

        **Defendants.**

## ORDER

This case is before the Court on Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 48) filed August 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 28, 2007 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 48) is **GRANTED in part.** Plaintiff is awarded $3,125.00 in attorney's fees. The request for costs is **DENIED**.

    3.    The Clerk is directed to enter judgment in favor of Plaintiff for the awarded fees.

4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __19__ day of October, 2007.

                                                                                    _____
                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party